UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL JAMES ROSS, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | 1:25-CV-1627-ADA-ML |
| | § | |
| 20TH DISTRICT ATTORNEY | § | |
| RHIANNON GOMES, AMIRA D. | § | |
| FOX (FLORIDA STATE | § | |
| ATTORNEY), NICOLE N. | § | |
| SANTINI (FLORIDA ASSISTANT | § | |
| STATE ATTORNEY), | § | |
| *Defendant.* | § | |

## ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Mark Lane. Dkt. 11. The report and recommendation addressed Defendants' Motion to Dismiss (Dkt. 9) and recommended that it be **GRANTED**, that the claims against Defendants Amira D. Fox and Nicole N. Santini be **DISMISSED WITHOUT PREJUDICE** and that claims against Defendant Rhiannon Gomes be **DISMISSED WITHOUT PREJUDICE.** Judge Lane issued the report and recommendation on March 9, 2026. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the

magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed Judge Lane's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (Dkt. 11) is **ADOPTED**. Defendants' Motion to Dismiss (Dkt. 9) is **GRANTED.**

**IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants Amira D. Fox and Nicole N. Santini are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant Rhiannon Gomes are **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

**SIGNED** on May 4, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE